# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

PETRA CAMARILLO,  )
                  )
    Plaintiff,  )
                  )  NO. CV-06-3034-MWL
vs.               )
                  )  **JUDGMENT IN A CIVIL CASE**
JO ANNE B. BARNHART,  )
Commissioner of Social Security,  )
                  )
    Defendant.  )
                  )
_____)

### DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**.

Plaintiff's Motion for Summary Judgment is **DENIED**.

Judgment is entered for Defendant.

**FILE CLOSED.**

**DATED** this 4th day of December, 2006.

                        **JAMES R. LARSEN**
                        **District Court Executive/Clerk**

                        s/ Alma R. Gonzalez

                    by: _____
                        ALMA R. GONZALEZ
                        Deputy Clerk

cc: all counsel